UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

                CHAPTER 13 PROCEEDING

**CHERYL LYNN RAMIREZ**          CASE NUMBER: 23-20998
                HONORABLE DANIEL S. OPPERMAN

     Debtor(s)
_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

     NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the debtor(s) Chapter 13 Plan as follows:

     1. The Debtor has failed to make adequate interim plan payments contrary to 11 U.S.C. §1326(a)(1).

     2. The debtor(s) Chapter 13 plan is not feasible due to the higher than scheduled regular mortgage payment and arrearage claim filed. The funding of the plan is not sufficient to pay claims as filed, and there will be no distribution to unsecured creditors.

     WHEREFORE, the Chapter 13 Trustee prays this Court deny Confirmation of the proposed Chapter 13 Plan.

Dated: October 17, 2023

                                              /s/Thomas W. McDonald, Jr.
                                              Thomas W. McDonald, Jr. (P32464)
                                              Chapter 13 Trustee
                                              3144 Davenport Avenue
                                              Saginaw, Michigan 48602
                                              Telephone: (989) 792-6766
                                              ecf@mcdonald13.org

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

**In the Matter of:**

                                                  CHAPTER 13 PROCEEDING

**CHERYL LYNN RAMIREZ**           CASE NUMBER: 23-20998
                                                  HONORABLE DANIEL S. OPPERMAN

       **Debtor.**
_____/

## CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION

      I, the undersigned, do hereby certify that on October 17, 2023, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification to any party registered with the ECF System, and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Cheryl Ramirez
829 Pawtucket Drive
Hope, Michigan 48628


                                                  /s/Jennifer Drzewicki
                                                  Jennifer Drzewicki
                                                  Office of Thomas W. McDonald, Jr.
                                                  Chapter 13 Trustee
                                                  3144 Davenport Avenue
                                                  Saginaw, Michigan 48602
                                                  Telephone:  (989) 792-6766
                                                  ecf@mcdonald13.org